UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAUREL HILBERT, on behalf of himself and all others similarly situated,<br>2039 New Hampshire Avenue, N.W.<br>Washington, D.C. 20009<br><br>*Plaintiff*,<br><br>v.<br><br>12.18. SAN CARLOS OPERATIONS, LLC<br>San Carlos Hotel<br>150 East 50th Street, New York, NY 10022<br>SERVE:<br>CT CORPORATION SYSTEM<br>28 LIBERTY STREET, NEW YORK, NY, 10005<br><br>*Defendant.* | **Case No. 25-cv-1976**<br><br><br>**Class Action Complaint**<br><br>**Jury Trial Demand** |

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A), counsel for Plaintiff hereby gives notice of the dismissal of this lawsuit with prejudice and without costs to either party.

Dated: March 10, 2024                                  Respectfully submitted,

**ERIC SIEGEL LAW, PLLC**

By   /s/ Eric L. Siegel
Eric L. Siegel (Bar No. 2344935)
esiegel@ericsiegellaw.com
888 17th Street, N.W., Suite 1200
Washington, D.C. 20006
(771) 220-6116 (Office)
(202) 223-6625 (Facsimile)

*Attorney for Plaintiff Laurel Hilbert*

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 10, 2025, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system, which will send notification of such filing to all ECF participants.

                                      ERIC SIEGEL LAW, PLLC

                                      /s/ Eric L. Siegel
                                      Eric L. Siegel
                                      Counsel for Plaintiff